IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DONALD L. REID,                           *

          Plaintiff                       *

vs.                                       *
                                                    CASE NO. 4:07-CV-29 (CDL)
MICHAEL J. ASTRUE, Commissioner           *
of Social Security,
                                          *
          Defendant                       *
_____   *


O R D E R


     After a *de novo* review of the record in this case, the  Report
and Recommendation filed by the United States Magistrate Judge on
October 31, 2007, is hereby approved, adopted, and made the Order of
the Court.

     IT IS SO ORDERED, this 11th day of January, 2008.


                              /s/ Clay D. Land
                                CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE